UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANUTA WAJRAK,<br><br>            Plaintiff,<br><br>   v.<br><br>NANCY BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 2:17-CV-01135-DWC<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 5. Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 10. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Defendant will:

- Reevaluate the medical opinion evidence, considering the effects of drug addiction or alcoholism in accordance with Social Security Ruling 13-2p and, if warranted, reevaluate Plaintiff's statements and testimony about her symptoms and their limiting effects; and

- If needed, Defendant will obtain vocational expert testimony.

The parties agree that Plaintiff may seek an award of reasonable attorney's fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920.

Dated this 3rd day of November, 2017.

David W. Christel
United States Magistrate Judge